NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FERNANDO GONZALEZ-ROMERO,  )
                            )
      Appellant,       )
                            )
v.                       )     Case No. 2D18-269
                            )
STATE OF FLORIDA,       )
                            )
      Appellee.        )
_____ )

Opinion filed August 10, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Fernando Gonzalez-Romero, pro se.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and KHOUZAM and BADALAMENTI, JJ., Concur.